IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                          92-CR-113-C

JOSE DeCASTRO,

                Defendant.

---

### ORDER OF DISMISSAL

The United States Attorney for the Western District of New York hereby dismisses the Indictment and Superseding Indictment as against defendant Jose DeCastro pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon.

DATED:   Buffalo, New York, February 2, 2016.

                                             WILLIAM J. HOCHUL, JR.
                                             United States Attorney

BY:  
                                             JOSEPH M. GUERRA, III
                                             Assistant United States Attorney
                                             United States Attorney's Office
                                             Western District of New York
                                             138 Delaware Avenue
                                             Buffalo, New York 14202
                                             716/843-5824
                                             Joseph.M.Guerra@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

DATED:   Buffalo, New York
                     February 2/3 2016.

                                             HONORABLE JOHN T. CURTIN
                                             Senior United States District Judge